IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LUIS ALBERTO PEDROSO DRULLET, | ) Case No. 4:25-cv-00488-SMR-SBJ |
| Petitioner, | ) |
| v. | ) |
| | ) ORDER ON MOTION FOR |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, PAM BONDI, in her official capacity as United States Attorney General, SIRCE OWEN, in her official capacity as Director of Executive Office for Immigration Review, OMAHA IMMIGRATION COURT, PETER BERG, in his official capacity as Director of St. Paul ICE Field Office, TODD M. LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, IMMIGRATION AND CUSTOMS ENFORCEMENT, CORY WILLIAMS, Polk County Jail Administrator, and KEVIN SCHNEIDER, Polk County Sheriff, | ) TEMPORARY RESTRAINING ORDER |
| Respondents. | ) |

Petitioner Luis Alberto Pedroso Drullet moves for a temporary restraining order to preserve the status quo pending a hearing on his petition for writ of habeas corpus. The Court has reviewed the petition, the motion for temporary restraining order, and the affidavit of counsel. [ECF Nos. 1, 2, 5] (sealed).

After considering the *Dataphase* factors, the Court concludes that preserving the status quo pending a hearing is appropriate. *See Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981). Petitioner's claims raise substantial questions concerning his ability to present a

1

complete case for relief under the Cuban Adjustment Act, and concerning the application of regulations governing termination of removal proceedings. The balance of equities favors temporary relief to prevent irreparable harm pending full consideration of the merits.

IT IS THEREFORE ORDERED:

1. Respondents are temporarily restrained from entering a final order of removal against Petitioner until this Court has ruled on the petition for writ of habeas corpus.

2. Respondents are temporarily restrained from transferring Petitioner outside the Southern District of Iowa.

3. The bond requirement under Federal Rule of Civil Procedure 65(c) is waived.

4. A hearing on Petitioner's motion for preliminary injunction is set for **December 18, 2025, at 1:15 pm.**

5. Respondents shall show cause in writing by **December 15, 2025**, why this temporary restraining order should not be converted to a preliminary injunction.

6. The Clerk shall serve a copy of the petition for writ of habeas corpus, the motion for temporary restraining order, and this Order on all Respondents in accordance with 28 U.S.C. § 1657 and Rule 4 of the Rules Governing Section 2254 and 2255 Cases.

IT IS SO ORDERED.

Dated this 10th day of December, 2025 at 9:30 a.m..

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT