IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LUIS ALBERTO PEDROSO DRULLET, | ) | Case No. 4:25-cv-00488-SMR-SBJ |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KRISTI NOEM, Secretary for United States | ) | |
| Department of Homeland Security, | ) | |
| PAMELA BONDI, United States Attorney | ) | |
| General, SIRCE OWEN, Acting Director of | ) | |
| Executive Office for Immigration Review, | ) | |
| OMAHA IMMIGRATION COURT, TODD | ) | |
| LYONS, Director of United States | ) | |
| Immigration and Customs Enforcement, | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, PETER BERG, St. Paul | ) | |
| ICE Field Office Director, CORY | ) | |
| WILLIAMS, Polk County Jail | ) | |
| Administrator, KEVIN SCHNEIDER, Polk | ) | |
| County Sheriff, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Luis Alberto Pedroso Drullet has moved to dismiss this case.  [ECF No. 28].

Because Petitioner has received his requested relief, the case is now moot and dismissal is

appropriate.  [ECF No. 1].  All claims are DISMISSED without prejudice.

Dated this 30th day of January, 2026.

STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1